**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAHMIA, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A., and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. 2:20-cv-05104-JAK (PVCx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (DKT. 17)** |

Based on a review of the Joint Stipulation for Dismissal Without Prejudice (the "Stipulation" (Dkt. 17)) filed by Plaintiff Fahmia, Inc and Defendant Zions Bancorporation, N.A., sufficient good cause has been shown for the requested relief. Therefore, the stipulation is **APPROVED**, and this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 27, 2020

                                                      John A. Kronstadt
                                                      United States District Judge